H. P. Ramming, Appellant, v. Belt Railway Company of Chicago and Atchison, Topeka & Santa Fe Railway Company, Appellees.

Gen. No. 40,873.

Heard in second division, first district, this court at October term, 1939; opinion filed July 1, 1941; rehearing denied September 17, 1941. Krohn & MacDonald, for appellants; Stuart B. Krohn and Ian P. MacDonald, of counsel; Emmet Trainor, Joseph S. Lafferty and William J. Milroy, for appellees; Charles H. Woods, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''